### S02A0802. LUCAS v. THE STATE.
(570 SE2d 337)

CARLEY, Justice.

Jarquin Lucas was arrested for speeding and DUI. The arresting officer read him the implied consent notice in accordance with OCGA § 40-5-67.1 (b), and asked that he take a breath test. However, Appellant is *not* fluent in English, and no Spanish interpreter was provided. He submitted to the breath test, but he did not seek independent testing pursuant to OCGA § 40-6-392 (a) (3). Lucas filed a pretrial motion to suppress the results of his breath test, asserting the unconstitutionality of OCGA §§ 40-5-67.1 (b) and 40-6-392 (a) (3), as well as § 24-9-103, which requires that hearing-impaired persons taken into custody be provided a qualified interpreter. The trial court denied the motion to suppress and, after conducting a bench trial, found Appellant guilty. He appeals, enumerating as error only the denial of his motion to suppress.

The case is controlled adversely to Lucas by our recent holding in *Rodriguez v. State*, 275 Ga. 283 (565 SE2d 458) (2002) that the statutes do not violate the due process or equal protection rights of a driver with a non-physical inability to comprehend English.

*Judgment affirmed. All the Justices concur.*

DECIDED SEPTEMBER 30, 2002.

*Norman H. Cuadra, Lawrence J. Zimmerman, Jason J. Kesser*, for appellant.

*Jerry Rylee, Solicitor-General, William B. Hollingsworth, Assistant Solicitor-General*, for appellee.